# Exhibit A



**Superintendent**
Gudiel R. Crosthwaite, Ph.D.

**Board of Education**
Peggy Shen Brewster
Isabel Jubes-Flamerich
Michelle Maginot
Evelyn Castillo Profeta
Bridget Watson

To:        Evan and Rose Taylor

           █████████████

Re:        Formal response to opt out request

Date:      February 2, 2026

Subject:   Response to Parental Opt-Out Request Regarding Curricular Materials

Dear Mr. and Mrs. Taylor,

Thank you for reaching out and for sharing your concerns regarding instructional materials used in our elementary classrooms. We appreciate the opportunity to clarify how Sunnyvale School District approaches curriculum, family engagement, and applicable law.

Sunnyvale School District follows California state law and Board-adopted policy regarding instructional materials and curriculum. Under California law, districts are required to provide inclusive instructional content that reflects the diversity of our community, including representation of LGBTQ+ individuals and families, as part of our core academic program. This content is not optional and is not subject to parent opt-out provisions.

You referenced the U.S. Supreme Court's decision in Mahmoud v. Taylor. That decision addressed a specific set of facts in another state and does not create a general or automatic right for parents to opt their children out of required curriculum. It also does not override California's statutory requirements governing instructional content. Accordingly, and after further review, Sunnyvale School District is not granting opt-outs from LGBTQ+-inclusive curriculum or storybooks that are part of our adopted educational program.

We recognize that families hold a wide range of beliefs and values, and we are committed to maintaining open communication with parents. While we cannot remove students from required instruction, we encourage families to engage in ongoing

conversations with their children and with school staff if questions arise about classroom learning.

If you would like to discuss specific instructional materials or have additional questions about our curriculum, we welcome you to contact your school principal to continue the conversation.

Thank you for your understanding and for your partnership with Sunnyvale School District.

Sincerely,

Paul Slayton
Director of Student Support Services
Sunnyvale School District