# Exhibit B



# Request for advance notice and opt-out from specific instructional materials
32 messages

---

**Evan Justin Taylor** <███████████████████████>                    Thu, Sep 25, 2025 at 9:02 AM
To: shana.riehl███████████ <████████████████>
Cc: melissa.bennett███████████ < ████████████████████    karen.soriano@██████████ <█████████████████████Rose Taylor
<████████████████>

Dear Principal Riehl,

We are the parents of ████████████ (2nd grade, Ms. Soriano) and ████████████ (Kindergarten, Mrs. Bennett). Based on our sincerely held religious beliefs and our right to direct our children's religious upbringing, we respectfully request:

1. Advance written notice whenever any "LGBTQ+-inclusive" storybooks or similar materials, will be used in any way (e.g., classroom read-alouds; other group, paired, and individual reading; and teacher-guided discussions presenting messages on same-sex marriage same-sex relationships or gender identity) whether used in the classroom, the school library, a school assembly, or during a field trip or any other school event whether on or off campus where our children would be present;

2. That our children be excused from those lessons, instructions, and events in which such books or similar materials are used, and that our children be provided a neutral alternative activity without academic penalty, stigma, or unexcused absences; and

3. Information about how the District permits parents to review curriculum materials, including the process for requesting and obtaining permission to review any instructional materials or resources that may be used in our children's classrooms.

As recognized in the U.S. Supreme Court's June 27, 2025 decision in Mahmoud v. Taylor, parents are entitled—pending final resolution—to notice and the opportunity to have their children excused from instruction involving such books or similar materials. We understand and respect the District's commitment to inclusive schools (see Sunnyvale SD Resolution R26-08 and Board Policy 0410) and note that the Resolution acknowledges that legal opt-out provisions exist. Our request seeks an accommodation consistent with those principles.

Please confirm the process and point of contact for notices, and the timeline by which we will receive notice before any such materia are used.

We also respectfully request that our opt-out request remain confidential and only shared with those who have a need to know in orde to process and effectuate this request. Thank you for your prompt attention.

Sincerely,


Evan and Rose Taylor

████████████████████    ██████████
████████████████    ██████████


## E. Justin Taylor


Tel: ██████████████
Email: ████████████████████

---

**Evan Justin Taylor** <███████████████████████>                    Fri, Oct 3, 2025 at 8:01 PM
To: Shana Riehl <████████████████████>

Sounds good. Thank you for the update. I hope you have a good weekend.

## E. Justin Taylor


Tel: ██████████████
Email: ████████████████████

[Quoted text hidden]

**Evan Justin Taylor** <​███████████████>      Mon, Nov 3, 2025 at 9:55 AM
To: Shana Riehl <​████████████████████████>
Cc: Rose Taylor <​██████████████████>

Hi Principal Riehl,

We have been in communications with Paul Slayton, District Director of Student Support Services. He informed us that we can meet with you regarding a review of curricula materials used in the classrooms of our children.

Separately, we offered to sit down and discuss out LGBTQ+-inclusive notice and opt-out request. Is there a time this week that would work for you? Perhaps a morning around 8:30 after we drop out kids off or in the afternoon around 1:30 before we pick them up? If n we can do our best to make another time work.

Kind Regards,

Justin and Rose Taylor

## E. Justin Taylor

Tel: ██████████████
Email: ███████████████████████
[Quoted text hidden]

---

**Shana Riehl** <​███████████████████████>      Tue, Nov 4, 2025 at 4:23 PM
To: Evan Justin Taylor <​█████████████████████████████>
Cc: Rose Taylor <​█████████████████████>

Hello Evan and Rose,

Thank you for reaching out and your patience. I am working with the district office to determine the best way to allow you access to curricular materials as we have a large quantity of materials. I want to make sure not to miss any items you would want to view.

Once I have a plan I can then better determine times to meet.
I will follow up by next Wednesday Nov 12 with an update if not sooner.

-Shana
[Quoted text hidden]
--
[Quoted text hidden]

---

**Evan Justin Taylor** <​██████████████████████████████>      Tue, Nov 4, 2025 at 8:57 PM
To: Shana Riehl <​████████████████████████>
Cc: Rose Taylor <​██████████████████████>

Hi Principal Riehl,

Thank you for the update. We will wait to hear from you about the material review and a time to meet.

Warm regards,
Justin and Rose

## E. Justin Taylor

Tel: ███████████████
Email: ███████████████████

[Quoted text hidden]

---

**Shana Riehl** <​███████████████████████>      Wed, Nov 12, 2025 at 4:47 PM
To: Evan Justin Taylor <​████████████████████████████>
Cc: Rose Taylor <█████████████████ Paul Slayton <​███████████████████████>

Hello Evan,

Thank you for your patience as we navigate your request. In speaking with the district and reviewing your request we will be moving through this process in stages as the district is still working on its full process to meet all requests.

The first area I can address is materials in the school library. We checked in with Julie Griffin, our district library specialist and one of our first steps will be to make an notation in the library system that will add a note in your students library record. It will read, "Per parent email to the school district, do NOT check out material that includes LGBTQ+ or Gender Identity material to this student." It wi include the date the note is added to the record.

Second, we can begin with the review of the currently approved district curriculum. I will pull the materials and have them available fo review in our conference room. Please let me know when you'd like to come in and review this material.

You also mentioned you'd like to meet to discuss your request. I may not have all of the answers yet but I'd be happy to meet.  I can meet this Friday 11/14 at 8:30am if you are available.

-Shana
[Quoted text hidden]

---

**Evan Justin Taylor** <                                >                                            Thu, Nov 13, 2025 at 4:23 PM
To: Shana Riehl <                           >
Cc: Rose Taylor <                         Paul Slayton <                           >

Hi Principal Riehl,

Thank you for your response. Meeting tomorrow morning will work for me.

I'm going to write down a couple of questions I had while reviewing your email so I don't forget to bring them up tomorrow. Before I d I want to add that I recognize that the Supreme Court case is relatively recent, so I appreciate that the need to work through this process and that there are still a lot of questions without answers. Thank you all the same for fielding them as we have them  (And Paul if these are questions that are better directed to you, please feel free to chime in.)

- Thank you for notating our request on the school library system. I don't know what group reading occurs during class visits to the library, have the librarians also been notified of our request or given any instructions or guidance?
- During parent teacher conferences we asked both of our children's teachers if they had any questions regarding our request (w had copied them both on our initial email to you). Neither of them asked us any questions nor said they had heard anything fro the school (this was back when our initial request was being reviewed by the district). Have any instructions or guidance been provided to our students' teachers about our request?
- I think addressing the above two questions could be done in parallel with implementing a district process. But is there any reason that couldn't be the case?
- Can you provide any additional details about what the stages will be, what a fool process would look like, and any associated timeline?
- Are any actions going to be taken in the interim or will our request be addressed after the final stages are complete?

Please let me know if tomorrow will still work for you. I'll plan on it unless I hear otherwise.

Thank you,
Justin


# E. Justin Taylor

Tel:
Email:

[Quoted text hidden]

---

**Shana Riehl** <                               >                                            Thu, Nov 13, 2025 at 9:39 PM
To: Evan Justin Taylor <                               >
Cc: Rose Taylor <                         Paul Slayton <                           >

Hi Evan,

I am available and happy to meet but I will not be able to provide any answers to these questions until I am able to speak with Paul.

-Shana

[Quoted text hidden]

---

**Paul Slayton** <                         >                                            Fri, Nov 14, 2025 at 2:33 PM
To: Evan Justin Taylor <                           >
Cc: Shana Riehl <                           Rose Taylor <r                         >

Taylors, you have been so patient!

Honestly I'm still waiting for details from our legal counsel, but I don't think we should wait any longer to connect. Can we talk next week? I think we can at least <u>start</u> to answer questions!

**Paul Slayton**
*Director of Student Support Services*
Sunnyvale School District
819 W. Iowa Ave.
Sunnyvale, CA 94086
P: ███████████ Ext. ██████ F: ███████████
███████████████████ I www.sesd.org

[Quoted text hidden]

---

**Evan Justin Taylor** <█████████████████████>                     Mon, Nov 17, 2025 at 11:34 AM
To: Paul Slayton <████████████████████>
Cc: Shana Riehl <████████████████████       Rose Taylor <r███████████████>

Shana - thank you for meeting with us last week. I apologize that we forgot to discuss reviewing the curriculum materials. Is there a need to review them sooner than later? (Is the district needing the materials back?) We're traveling next week for Thanksgiving break and have asked a bit to do in preparation. Would a day December 3-5th work?

Paul - thank you for helping to answer our questions. Would Friday work for you to connect? Were you thinking in-person or through a video/phone call. Let me know what you had in mind. Earlier in the morning would probably work best for us.

Warm regards,
Justin

# E. Justin Taylor

Tel: ██████████████
Email: ████████████████████

[Quoted text hidden]

---

**Paul Slayton** <████████████████████>                     Tue, Nov 18, 2025 at 10:43 AM
To: Evan Justin Taylor <██████████████████████>
Cc: Shana Riehl <████████████████████       Rose Taylor <r███████████████>

Either in person or via video call is fine, let me know which you prefer. Would 9:00 work?

Paul Slayton
Director of Student Support Services
Sunnyvale School District
819 W. Iowa Ave.
Sunnyvale, CA 94086
P: ███████████ Ext. ██████ F: (███████████████
███████████████████ I www.sesd.org

[Quoted text hidden]

---

**Shana Riehl** <██████████████████>                     Tue, Nov 18, 2025 at 1:51 PM
To: Paul Slayton <████████████████████>
Cc: Evan Justin Taylor < ████████████████████       ose Taylor <r███████████████>

Hi Evan,

I can have materials ready and be available on either Dec 3 or 4 between 12-2pm. Let me know if the time will work and which day yo prefer?

-Shana
[Quoted text hidden]

---

**Evan Justin Taylor** <████████████████████>                     Thu, Nov 20, 2025 at 1:24 PM
To: Paul Slayton <████████████████████>
Cc: Rose Taylor <████████████████████>

Hi Paul,

Thank you for offering to meet, unfortunately my wife and I are both sick. Instead of meeting tomorrow could we meet December 4th or 5th?

Regards,
Justin

# E. Justin Taylor



Tel: ██████████

Email: ██████████████████

[Quoted text hidden]

---

**Paul Slayton** <██████████████████                                      Thu, Nov 20, 2025 at 2:43 PM
To: Evan Justin Taylor <██████████████████
Cc: Rose Taylor <██████████████

Of course!

I'm blocking the morning of December fourth from 9 to 10:30, let me know what works.

Paul Slayton
Director of Student Support Services
Sunnyvale School District
819 W. Iowa Ave.
Sunnyvale, CA 94086
P: ██████████      Ext. █████ F: (██████████████
██████████████ | www.sesd.org

[Quoted text hidden]

---

**Paul Slayton** <██████████████████                                      Wed, Dec 3, 2025 at 2:20 PM
To: Evan Justin Taylor <██████████████████
Cc: Rose Taylor <██████████████

Hey there Taylor family, just checking back in:

Should we plan to meet tomorrow morning? We can either be in person or I can send a link for a virtual meeting. Just let me know which you would prefer, or if we need to schedule to another day.

Paul Slayton
Director of Student Support Services
Sunnyvale School District
819 W. Iowa Ave.
Sunnyvale, CA 94086
P: ██████████      Ext. █████ F: (██████████████
██████████████ | www.sesd.org

[Quoted text hidden]

---

**Evan Justin Taylor** <██████████████████                                Wed, Dec 3, 2025 at 4:24 PM
To: Paul Slayton <██████████████████
Cc: Rose Taylor <██████████████

Hi Paul,

Yes, we can meet tomorrow morning in-person. Should we meet you at 819 W Iowa Ave?

Regards,
Justin

# E. Justin Taylor

Tel: ██████████



**Paul Slayton** <████████████████     Wed, Dec 3, 2025 at 8:00 PM
To: Evan Justin Taylor < ████████████████████
Cc: Rose Taylor < ████████████████

Absolutely!

I'm actually traveling back from Sacramento from a school board thing, could we meet at 9:30?

Paul Slayton
Director of Student Support Services
Sunnyvale School District
819 W. Iowa Ave.
Sunnyvale, CA 94086
P: ████████████ Ext. ██████ F: (████████████████
████████████████ | www.sesd.org

[Quoted text hidden]

**Evan Justin Taylor** <████████████████     Wed, Dec 3, 2025 at 8:16 PM
To: Paul Slayton <████████████████

9:30 works for us. We'll see you then.

## E. Justin Taylor

Tel: ████████████
Email: ████████████████

[Quoted text hidden]

**Evan Justin Taylor** <████████████████     Thu, Dec 4, 2025 at 9:27 AM
To: Paul Slayton <████████████████

Hi Paul,

I think we'll need to do a video call. Our 5-month-old just went down for a nap. Would that be okay with you?

GoogleMeet would probably be most convenient for us. But we can try to make another option work.

Regards,
Justin

## E. Justin Taylor

Tel: ████████████
Email: ████████████████
[Quoted text hidden]

**Evan Justin Taylor** <████████████████     Thu, Dec 4, 2025 at 9:33 AM
To: Shana Riehl <████████████████

Hi Principal Riehl,

Sorry for the late reply. But today isn't going to work, we're meeting with Paul shortly. Is there a day next week that works to view the materials? Tuesday or Thursday at 9:30 would work for us.

Regards,
Justin

## E. Justin Taylor

Tel: ████████████

Email: ████████████████████
[Quoted text hidden]
Case 5:26-cv-06211    Document 1-3    Filed 06/22/26    Page 8 of 10

**Paul Slayton** <████████████████████                                    Thu, Dec 4, 2025 at 9:34 AM
To: Evan Justin Taylor <████████████████████

Oh my goodness just seeing this! Logging in momentarily. Standby.


Paul Slayton
Director of Student Support Services
Sunnyvale School District
819 W. Iowa Ave.
Sunnyvale, CA 94086
P: ████████████ Ext. ████ F: (████████████
████████████████ | www.sesd.org

[Quoted text hidden]

---

**Shana Riehl** <████████████████████                                    Thu, Dec 4, 2025 at 12:46 PM
To: Evan Justin Taylor <████████████████████

Hi Evan,

No worries. Next Thursday at 9:30am works for me. I look forward to seeing you both again.

-Shana
[Quoted text hidden]

---

**Evan Justin Taylor** <████████████████████                             Fri, Jan 23, 2026 at 8:07 PM
To: Paul Slayton <████████████████████
Cc: Rose Taylor <████████████████

Hi Paul,

It's been a minute, but I hope you enjoyed the Christmas season and that the new year has been good to you.

I wanted to follow up on our last conversation. If I'm remembering correctly, I thought we discussed receiving an email or letter from the district in response to Rose's and my initial request. I checked my inbox and didn't see anything, so please let me know if I missed it.

If it hasn't been sent yet, I certainly understand given everything happening close to the end-of-year school break. If you could let me know when you get a minute, thanks!

Best regards,


Justin

# E. Justin Taylor

Tel: ████████████
Email: ████████████████████

[Quoted text hidden]

---

**Paul Slayton** <████████████████████                                   Wed, Jan 28, 2026 at 8:59 AM
To: Evan Justin Taylor <████████████████████
Cc: Rose Taylor <████████████████

Evan, thank you for your patience!

We have had a bit of a change in personnel in the Teaching and Learning department, but I will connect with the superintendent toda to follow up and make sure you receive the communication you were promised!

Paul Slayton
Director of Student Support Services
Sunnyvale School District

819 W. Iowa Ave.
Sunnyvale, CA 94086
P: ██████████ Ext. █████ F: (██████████
███████████████ I www.sesd.org

[Quoted text hidden]

---

**Evan Justin Taylor** <█████████████████████                                   Wed, Jan 28, 2026 at 9:50 AM
To: Paul Slayton <██████████████████
Cc: Rose Taylor <████████████████

Sounds like it's been a hectic New Year for you! With all the craziness, I appreciate your following up. We'll keep an eye out for the communication. Thanks again.


# E. Justin Taylor

Tel: ██████████
Email: ████████████████

[Quoted text hidden]

---

**Paul Slayton** <██████████████████                                           Wed, Jan 28, 2026 at 11:05 AM
To: Evan Justin Taylor <█████████████████████
Cc: Rose Taylor <████████████████

This is not your official follow up, but I want to make sure I'm capturing things correctly before I finalize the letter and have the Superintendent check it:

Our typical "opt out" process is not functional for Mahmoud v. Taylor yet and, quite frankly, legal council is still a bit confused as to ho to formally respond to these requests as they're so new. I am hoping to instead defer to a formal response to your list of concerns an requests, and summarize the District's actions on each. I have this ready, but I want to make sure I captured all the requests we discussed in December (and that you had formerly brought to the Principal).

Could the two of you check through the list below and let me know if I've captured them correct correctly?

1. Advance written notice whenever any "LGBTQ+-inclusive" storybooks or similar materials, will be used in any way (e.g., classroom read-alouds; other group, paired, and individual reading; and teacher-guided discussions presenting messages on same-sex marriage same-sex relationships or gender identity) whether used in the classroom, the school library, a school assembly, or during a field trip any other school event whether on or off campus where the students would be present

2. That the students be excused from those lessons, instructions, and events in which such books or similar materials are used, and that our children be provided a neutral alternative activity without academic penalty, stigma, or unexcused absences; and

3. Information about how the District permits parents to review curriculum materials, including the process for requesting and obtaining permission to review any instructional materials or resources that may be used in the students' classrooms.

4. Confirmation of the process (and point of contact) for notices, and the timeline by which parents will receive notice before any suc materials are used. The opt-out request should remain confidential and only shared with those who have a need to know in order to process and effectuate this request.

5. Have instructions and guidance been provided to the students' teachers about our request?

6. What is the process followed in Sunnyvale school District for selection and purchasing of library materials?

**Paul Slayton**
*Director of Student Support Services*
Sunnyvale School District
819 W. Iowa Ave.
Sunnyvale, CA 94086
P: ██████████ Ext. █████ F: ██████████
███████████████ I www.sesd.org

[Quoted text hidden]

---

**Evan Justin Taylor** <█████████████████████                                  Wed, Jan 28, 2026 at 11:24 AM
To: Paul Slayton <████████████████

Cc: Rose Taylor <██████████████████>

Hi Paul,

Thank you for the additional information and checking in. The list appears complete to me from what we've previously corresponded couple clarifications and one additional question is all I have.

With respect to #3 and viewing curriculum materials, Rose and I coordinated with principal Riehl to view district approved curriculum materials. But any information about the degree to which teachers are able to select additional materials would be appreciated.

With respect to #5, could you include whether librarians or other instructors of our children have similarly been notified?

With respect to #6, you would appreciate information about what if anything can be done about our children's time in the library or selecting materials on their own. I know principle Riehl has mentioned that a note on our children's account has been added such tha they should not be able to check out any relevant materials. But we wanted to follow up if anything additional will be done while our kids are simply in the library or during the group reading.

Finally, when should we anticipate the district formalizing a functional opt-out process in line with opt outs provided for other materials?

Thank you again for all your help.

Best regards,
Justin

# E. Justin Taylor

Tel: ██████████████
Email: ████████████████████████

[Quoted text hidden]

---

**Paul Slayton** <██████████████████████>                          Fri, Jan 30, 2026 at 10:17 AM
To: Evan Justin Taylor <████████████████████████>
Cc: Rose Taylor <██████████████████>

I incorporated the additional clarification into these items (adding the information you recommended for item #6 into item #1 for clarity).  I plan to have a final draft today.

**Paul Slayton**
*Director of Student Support Services*
Sunnyvale School District
819 W. Iowa Ave.
Sunnyvale, CA 94086
P: ████████████████ Ext. ████████ F: ██████████████████
████████████████████████ | www.sesd.org

[Quoted text hidden]