# Exhibit C



**SUNNYVALE**
SCHOOL DISTRICT
LEARN TODAY. LEAD TOMORROW.

**Superintendent**
Gudiel R. Crosthwaite, Ph.D.

**Board of Education**
Peggy Shen Brewster
Isabel Jubes-Flamerich
Michelle Maginot
Evelyn Castillo Profeta
Bridget Watson

October 8, 2025

Evan Taylor parent of ██████████

Re:    Sunnyvale School District Parent Opt-Out Form

Dear Mr. Taylor:

The Sunnyvale School District ("District") is in receipt of your letter expressing your concerns related to certain school instruction, programs, and/or activities within the District, dated September 25, 2025.

Below, please find the opt out options that are currently recognized under state law and the District's policies. In the boxes below, please indicate which areas you are requesting that your child, Genevieve Taylor, for 2025-26, be excused and exempted from:

☐ **Comprehensive sexual health education and HIV/AIDS prevention education.**
I understand that schools must provide such education at least twice during grades 7-12 and may provide it in other grades. (California Education Code § 51934.) As the parent or guardian of my child, I hereby opt out of all of the comprehensive sexual health education, HIV prevention education, and assessments related to that education. I have received notice at the beginning of the school year, an opportunity to review the instructional materials, and an opportunity to request in writing that my child / children be exempted from such education. (California Education Code §§ 51937, 51938.)

☐ **Partial Comprehensive sexual health education and HIV/AIDS prevention education.**
I understand that schools must provide such education at least twice during grades 7-12 and may provide it in other grades. (California Education Code § 51934.) As the parent or guardian of my child, I hereby opt out of part of the comprehensive sexual health education, HIV prevention education, and assessments related to that education. I specifically opt out of the _____ curriculum. I have received notice at the beginning of the school year, an opportunity to review the instructional materials, and an opportunity to request in writing that my child / children be exempted from such education. (California Education Code §§ 51937, 51938.)

☐ **Surveys, tests, research, and evaluation.**
I hereby opt out of all voluntary, anonymous, and confidential surveys concerning students' health behaviors and risks, including attitudes or practices relating to sex. (California Education Code § 51938(c).). I understand that no test, questionnaire, survey, or examination containing any questions about the pupil's personal beliefs or practices in sex, family life, morality, and religion, or any questions about the pupil's parents' or guardians' beliefs and practices in sex, family life, morality, and religion, shall be administered to any pupil in kindergarten or grades 1 to 12, inclusive, unless the parent or guardian of the pupil

is notified in writing that this test, questionnaire, survey, or examination is to be administered and the parent or guardian of the pupil gives written permission for the pupil to take this test, questionnaire, survey, or examination. (California Education Code § 51513.)

☐ **Physical Examination**.
I hereby opt out of my child participating in any nonemergency, invasive physical examination or screening that is—
  i.   Required as a condition of attendance;
  ii.  Administered by the school and scheduled by the school in advance; and
  iii. Not necessary to protect the immediate health and safety of the student, or of other students.
(20 U.S.C. 1232h.)

If you wish to exercise your rights to exempt your child from any of the above areas, please return this form, signed and dated, to the District.

_____                    _____
              Name                                                           Date


## Other Instructional Materials

The District has received your request to be notified about any materials that may substantially interfere with your child's religious development or may conflict with your religious beliefs or moral convictions, and to have your child excused from instruction involving such materials.

The District welcomes parent involvement and believes in working together to support your child's education. You have the right to examine the curriculum materials of the classes in which your child is enrolled, along with all supplemental instructional materials.

To review these materials, please contact your child's principal at (408) 522-8255 or shana.riehl@sesd.org. After reviewing the materials, if you believe any content conflicts with your sincerely held religious beliefs, please inform your child's principal. The District will review your request to excuse your child from that instruction in accordance with applicable law.


Thank you,

Paul Slayton
Director of Student Support Services



**SUNNYVALE**
SCHOOL DISTRICT
LEARN TODAY. LEAD TOMORROW.

Superintendent
Gudiel R. Crosthwaite, Ph.D.

**Board of Education**
Peggy Shen Brewster
Isabel Jubes-Flamerich
Michelle Maginot
Evelyn Castillo Profeta
Bridget Watson

October 8, 2025

Evan Taylor parent of ███████████

Re:    Sunnyvale School District Parent Opt-Out Form

Dear Mr. Taylor:

The Sunnyvale School District ("District") is in receipt of your letter expressing your concerns related to certain school instruction, programs, and/or activities within the District, dated September 25, 2025.

Below, please find the opt out options that are currently recognized under state law and the District's policies.  In the boxes below, please indicate which areas you are requesting that your child, Anthony Taylor, for 2025-26, be excused and exempted from:

☐ **Comprehensive sexual health education and HIV/AIDS prevention education.**
I understand that schools must provide such education at least twice during grades 7-12 and may provide it in other grades. (California Education Code § 51934.) As the parent or guardian of my child, I hereby opt out of all of the comprehensive sexual health education, HIV prevention education, and assessments related to that education. I have received notice at the beginning of the school year, an opportunity to review the instructional materials, and an opportunity to request in writing that my child / children be exempted from such education. (California Education Code §§ 51937, 51938.)

☐ **Partial Comprehensive sexual health education and HIV/AIDS prevention education.**
I understand that schools must provide such education at least twice during grades 7-12 and may provide it in other grades. (California Education Code § 51934.) As the parent or guardian of my child, I hereby opt out of part of the comprehensive sexual health education, HIV prevention education, and assessments related to that education. I specifically opt out of the _____
_____ curriculum. I have received notice at the beginning of the school year, an opportunity to review the instructional materials, and an opportunity to request in writing that my child / children be exempted from such education. (California Education Code §§ 51937, 51938.)

☐ **Surveys, tests, research, and evaluation.**
I hereby opt out of all voluntary, anonymous, and confidential surveys concerning students' health behaviors and risks, including attitudes or practices relating to sex. (California Education Code § 51938(c).). I understand that no test, questionnaire, survey, or examination containing any questions about the pupil's personal beliefs or practices in sex, family life, morality, and religion, or any questions about the pupil's parents' or guardians' beliefs and practices in sex, family life, morality, and religion, shall be administered to any pupil in kindergarten or grades 1 to 12, inclusive, unless the parent or guardian of the pupil

is notified in writing that this test, questionnaire, survey, or examination is to be administered and the parent or guardian of the pupil gives written permission for the pupil to take this test, questionnaire, survey, or examination. (California Education Code § 51513.)

☐ **Physical Examination**.
I hereby opt out of my child participating in any nonemergency, invasive physical examination or screening that is—
    i.   Required as a condition of attendance;
    ii.  Administered by the school and scheduled by the school in advance; and
    iii. Not necessary to protect the immediate health and safety of the student, or of other students.
(20 U.S.C. 1232h.)

If you wish to exercise your rights to exempt your child from any of the above areas, please return this form, signed and dated, to the District.

_____      _____
           Name                                      Date

**Other Instructional Materials**

The District has received your request to be notified about any materials that may substantially interfere with your child's religious development or may conflict with your religious beliefs or moral convictions, and to have your child excused from instruction involving such materials.

The District welcomes parent involvement and believes in working together to support your child's education. You have the right to examine the curriculum materials of the classes in which your child is enrolled, along with all supplemental instructional materials.

To review these materials, please contact your child's principal at (408) 522-8255 or shana.riehl@sesd.org. After reviewing the materials, if you believe any content conflicts with your sincerely held religious beliefs, please inform your child's principal. The District will review your request to excuse your child from that instruction in accordance with applicable law.

Thank you,

Paul Slayton
Director of Student Support Services