# Exhibit D



**Orca Book Publishers** is proud of the hard work our authors do and of the important stories they create. If you are reading this book and did not purchase it or did not check it out from a library provider, then the author has not received royalties for this book. The ebook you are reading is licensed for single use only and may not be copied, printed, resold or given away. If you are interested in using this book in a classroom setting, we have digital subscriptions with multi user, simultaneous access to our books, or classroom licenses available for purchase. For more information, please contact digital@orcabook.com.

ivaluecanadianstories.ca



# PRIDE PUPPY!

ROBIN STEVENSON

JULIE McLAUGHLIN

ORCA BOOK PUBLISHERS







C for car, our old Chevrolet.

D for dog, dressed up for the day.











**K** for kindness and friends that we're keeping.

**L** for leash  and for loose  and for leaping!



















# Search and Find
## Word List*

**A** alligator, apple, anchor, astronaut, almonds, accordion, abacus, aloe plant, alarm clock, [abstract] art, airplane

**B** baseball, [brown] bag, [blue] bear, bagel, [recipe] book, bookmark, [hair]brush, bread, bananas, berries, basketball, bottle, broom, bone, boots, [laundry] basket, bee

**C** cabbage, corn, carrots, chickens, coop, compost, crow, cat, collar, cactus, clock, curtains, coffee cup, cherries, camera, cantaloupe, celery, cucumber, chocolate chip cookies, clouds

**D** doll, desk, dresser, drawer, [diplodocus] dinosaur, door, dump truck, drum and drumsticks, dandelions

**E** earth, earmuffs, equal sign, earrings

**F** feather boa, floral print, french fries, frilly socks, flowers, freezie, furry boots, fruit, fairy wings, flower crown, flamenco dress, farmer, four

**G** goose, garbage, ghost on a groovy shirt, [bubble] gum, granola bar, grapes, grasshopper, gazebo, green [glitter] beard, [gold] guitar

**H** hot dog, hamburger, headband, hula-hoop, happy face, horse, housecoat, harmonica, helicopter, hearts, heart-shaped handbag, high heels

**I** infant, insulin monitor, inflatable tube, [Shiba] Inu, intersex [flag], insect

**J** jump rope, jungle print, juggling, jersey, juice box, jean jacket, jewelry

**K** kilt, kites, kiss, [drag] king, knee-high socks, knapsack, koala, kiwi, keys, knitted [sweater], kangaroo

**L** love, loudspeaker, lion, lace, lemonade, locs, lollipop, leather, leopard-print leggings, lightning bolt, lip ring, ladybug

**M** muffin, moon, Marsha P. Johnson, Mom, minister, monkey, moose [antlers], motorcycle, mask, maracas, magnifying glass, map, mouse, mustache

**N** newspaper, nickels, noodles, napkins, net, nurse, necklace, nachos, nail polish

**O** overalls, onion rings, owl, octopus, oriole, obstacle [sign]

**P** parrot, princess in a purple dress, pineapple, pizza, pin curls, pom-pom, platform shoes, polka dots, Pomeranian, pockets, pinwheel, party hat, proposal, poodle

**Q** [drag] queen, quilt

**R** roses, roller skates, ribbon, robot, record, radio, rabbit, raspberries, rubber boots, raccoon tail, receipt, recycling bin, rake, robin, roof, ripped jeans

**S** stereo, sloth, scarf, soccer ball, snorkel mask, star, saxophone, stroller, sailor, stripes, sunflower, sandwich, skateboard, socks, seagull, swimsuit, scooter, spots, Scottie (dog), stickers, sandals

**T** twirl, tea, tomato, tractor, taco, twins, tattoos, turtleneck, trousers, tote bag, top knot, tambourine, tuxedo, tuba, toucan, taxi, tropical print, thumbs-up, tie

**U** umbrella, unitard, unicycle, ukulele, unicorn horn, upside-down [face], underwear, uniform

**V** veil, valentine, vest, vampire, video game, VW van

**W** wagon, wallet, whistle, walkie-talkie, whippet, wiener dog, whale, wizard, wand, watermelon, watch

**X** xylophone, x's and o's, X marks the spot, xoxo

**Y** yield sign, yogurt, yoga mat, yellow yarn, yo-yo

**Z** zebra print, zipper

*see if you can find any we didn't list!









**For Justice, who loves my puppy, Tazza, so very much.**
**—R.S.**



**For all the beautiful queerdos,**
**and the late Mr. Pants, dancing over the Rainbow Bridge.**
**—J.M.**

Text copyright © Robin Stevenson 2021
Illustrations copyright © Julie McLaughlin 2021

Published in Canada and the United States in 2021 by Orca Book Publishers.
orcabook.com

All rights reserved. No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording or by any information storage and retrieval system now known or to be invented, without permission in writing from the publisher.

**Library and Archives Canada Cataloguing in Publication**
Title: Pride puppy! / Robin Stevenson, illustrated by Julie McLaughlin.
Names: Stevenson, Robin, 1968– author. | McLaughlin, Julie, 1984– illustrator.
Identifiers: Canadiana (print) 20200333224 | Canadiana (ebook) 20200333232 |
ISBN 9781459824843 (hardcover) | ISBN 9781459824850 (PDF) | ISBN 9781459824867 (EPUB)
Subjects: LCSH: Alphabet books. | LCSH: English language—Alphabet—Juvenile literature. |
LCSH: Gay pride parades—Juvenile literature. | LCSH: Lost dogs—Juvenile literature.
Classification: LCC PE1155.574 P75 2021 | DDC j421/.1—dc23

Library of Congress Control Number: 2020944966

Summary: A rhyming alphabet book featuring a family that has lost its dog at a Pride parade.

Orca Book Publishers is committed to reducing the consumption of nonrenewable resources in the making of our books. We make every effort to use materials that support a sustainable future.

Orca Book Publishers gratefully acknowledges the support for its publishing program provided by the following agencies: the Government of Canada, the Canada Council for the Arts and the Province of British Columbia through the BC Arts Council and the Book Publishing Tax Credit.

Artwork created with graphite and fin ished digitally.

Cover and interior artwork by Julie McLaughlin
Edited by Liz Kemp
Design by Julie McLaughlin and Rachel Page




