# Exhibit G



# Opt out response

3 messages

---

**Paul Slayton** <███████████████>                                   Tue, Feb 3, 2026 at 4:52 PM
To: Evan Justin Taylor <██████████████████>, Rose Taylor <█████████████████>
Cc: Shana Riehl <███████████████>

Greetings Taylor family,

Thank you for your patience as we conducted a final administrative review of your request to opt out of certain instructional materials We also want to sincerely thank you for the time and effort you invested in working with our team to explore potential accommodations.

Following a comprehensive review at the District leadership level, we are writing to provide a formal determination regarding your request. While our initial discussions focused on designing an individual implementation plan, the District has determined that granti a formal opt-out from these specific materials does not align with Sunnyvale School District's core instructional framework and our commitment to a unified curriculum.

Attached you will find a revised document outlining the District's formal response and the conclusion of this process.

We understand that this represents a shift from our previous working sessions, and we acknowledge the impact this may have on yo family. Please know that our primary goal remains providing a supportive and inclusive learning environment for all students while maintaining the integrity of the board-approved curriculum.

If you have further questions regarding the specifics of this determination, please do not hesitate to reach out.

Paul Slayton
Director of Student Support Services
Sunnyvale School District
819 W. Iowa Ave.
Sunnyvale, CA 94086
P: ███████████████████  F: (████████████
███████████████ | www.sesd.org

---

📄 **2.3.26 Opt Out Request Response.pdf**
245 KB

---

**Evan Justin Taylor** <███████████████████>                         Tue, Feb 3, 2026 at 4:59 PM
To: Paul Slayton <███████████████>
Cc: Rose Taylor <█████████████████>, Shana Riehl <███████████████>

Thank you Paul for your response. By shift, I think you mean a 180.

Rose and I will discuss. Are you available to discuss any questions we have at some point?

## E. Justin Taylor

Tel: █████████████
Email: ███████████████████
[Quoted text hidden]

---

**Paul Slayton** <███████████████████>                               Thu, Feb 5, 2026 at 8:00 AM
To: Evan Justin Taylor <█████████████████████>
Cc: Rose Taylor <████████████████>, Shana Riehl <█████████████████>

Absolutely.

Either Ms. Riehl or myself can remain your contact person for concerns. If I do not have immediate answers, I will connect with the Superintendent to make sure your family has the answers they need.

**Paul Slayton**
*Director of Student Support Services*

Sunnyvale School District
819 W. Iowa Ave.
Sunnyvale, CA 94086
P: ███████████████████  F: ████████████████
████████████████████ I www.sesd.org

[Quoted text hidden]

Sunnyvale School District
819 W. Iowa Ave.
Sunnyvale, CA 94086