UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Evan Justin Taylor and Rose Taylor                ,

Plaintiff(s),

v.

Sunnyvale School District                ,

Defendant(s).

Case No.  26-6211

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Michael J. O'Brien          , an active member in good standing of the bar of The District of Columbia          , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs                in the above-entitled action. My local co-counsel in this case is Daniel L. Chen          , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 312576          .

The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006

MY ADDRESS OF RECORD

The Hugh and Hazel Darling Foundation Religious Liberty Clinic
Pepperdine University, Caruso School of Law
24255 Pacific Coast Hwy.
Malibu, CA 90263

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

202-955-0095

MY TELEPHONE # OF RECORD

310-506-4611

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

mobrien@becketfund.org

MY EMAIL ADDRESS OF RECORD

daniel.l.chen@pepperdine.edu

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 90025077          .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0          times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 06/23/2026

Michael J. O'Brien
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michael J. O'Brien is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 06/24/2026

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# Michael Joseph O'Brien

*was duly qualified and admitted on June 17, 2024 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 09, 2026.**

**JULIO A. CASTILLO**
**Clerk of the Court**

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*