AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

EVAN JUSTIN TAYLOR; and ROSE ELIZABETH TAYLOR

*Plaintiff(s)*

v.

SUNNYVALE SCHOOL DISTRICT; GUDIEL R. CROSTHWAITE, in his personal and official capacities as Superintendent of Schools for the Sunnyvale School District; PEGGY SHEN BREWSTER, in her personal and official capacities as member of the Sunnyvale School District Board of Education; ISABEL JUBES-FLAMERICH, in her personal and official capacities as member of the Sunnyvale School District Board of Education; EVELYN CASTILLO PROFETA, in her personal and official capacities as member of the Sunnyvale School District Board of Education; MICHELLE MAGINOT, in her personal and official capacities as member of the Sunnyvale School District Board of Education; BRIDGET WATSON, in her personal and official capacities as member of the Sunnyvale School District Board of Education; PAUL SLAYTON, in his official capacity as Director of Student Support Services for the Sunnyvale School District; and SHANA RIEHL, in her official capacity as Interim Principal of Cumberland Elementary School,

*Defendant(s)*

Civil Action No. 5:26-cv-06211-SVK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Sunnyvale School District, et. al
819 West Iowa Ave.
Sunnyvale, CA 94088-3217

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel L. Chen
The Hugh and Hazel Darling Foundation Religious Liberty Clinic
Pepperdine University, Caruso School of Law
24255 Pacific Coast Hwy.
Malibu, CA 90263

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B.Busby*

Date: 6/29/2026

P.Frontiera

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

**ADDITIONAL DEFENDANTS**

| Defendant Name | Address |
|---|---|
| GUDIEL R. CROSTHWAITE, in his personal and official capacities as Superintendent of Schools for the Sunnyvale School District | 819 West Iowa Ave.<br>Sunnyvale, CA 94088-3217 |
| PEGGY SHEN BREWSTER, in her personal and official capacities as member of the Sunnyvale School District Board of Education | 819 West Iowa Ave.<br>Sunnyvale, CA 94088-3217 |
| ISABEL JUBES-FLAMERICH, in her personal and official capacities as member of the Sunnyvale School District Board of Education | 819 West Iowa Ave.<br>Sunnyvale, CA 94088-3217 |
| EVELYN CASTILLO PROFETA, in her personal and official capacities as member of the Sunnyvale School District Board of Education | 819 West Iowa Ave.<br>Sunnyvale, CA 94088-3217 |
| MICHELLE MAGINOT, in her personal and official capacities as member of the Sunnyvale School District Board of Education | 819 West Iowa Ave.<br>Sunnyvale, CA 94088-3217 |
| BRIDGET WATSON, in her personal and official capacities as member of the Sunnyvale School District Board of Education | 819 West Iowa Ave.<br>Sunnyvale, CA 94088-3217 |
| PAUL SLAYTON, in his official capacity as Director of Student Support Services for the Sunnyvale School District | 819 West Iowa Ave.<br>Sunnyvale, CA 94088-3217 |
| SHANA RIEHL, in her official capacity as Interim Principal of Cumberland Elementary School | 824 Cumberland Ave.<br>Sunnyvale, CA 94087 |