Eric S. Baxter (DC BN 479221)*
Michael J. O'Brien (DC BN 90025077)*
Amanda L. Salz (DC BN 1671976)*
Phillip J. Allevato (CA BN 362581)†
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave., Suite 400
Washington, DC 20006
202-955-0095 tel / 202-955-0090 fax
mobrien@becketfund.org

Daniel L. Chen (CA SBN 312576)
Eric C. Rassbach (CA SBN 288041)
The Hugh and Hazel Darling Foundation
Religious Liberty Clinic
Pepperdine University, Caruso School of Law
24255 Pacific Coast Hwy.
Malibu, CA 90263
310-506-4611 tel / 310-506-7663 fax
daniel.l.chen@pepperdine.edu

* Admitted *pro hac vice*
† Not a member of the D.C. Bar; admitted in California.
Practice limited to cases in federal court.

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

JUSTIN TAYLOR and ROSE TAYLOR,

Plaintiffs,

v.

SUNNYVALE SCHOOL DISTRICT; GUIDEL R. CROSTHWAITE, in his personal and official capacity as Superintendent of Schools for the Sunnyvale School District; PEGGY SHEN BREWSTER, in her personal and official capacities as member of the Sunnyvale School District Board of Education; ISABEL JUBES-FLAMERICH, in her personal and official capacities as member of the Sunnyvale School District Board of Education; EVELYN CASTILLO PROFETA, in her personal and official capacities as member of the Sunnyvale School District Board of Education; MICHELLE MAGINOT, in her personal and official capacities as member of the

**CASE No.: 5:26-cv-06211**

**JUDGE: Noël Wise**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Sunnyvale School District Board of Education; BRIDGET WATSON, in her personal and official capacities as member of the Sunnyvale School District Board of Education; PAUL SLAYTON, in his official capacity as Director of Student Support Services for the Sunnyvale School District; and SHANA RIEHL, in her official capacity as Interim Principal of Cumberland Elementary School,

Defendants.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Respectfully Submitted,

Dated: July 2, 2026

By: /s/ Michael J. O'Brien

Eric S. Baxter (DC BN 479221)*
Michael J. O'Brien (DC BN 90025077)*
Amanda L. Salz (DC BN 1671976)*
Phillip J. Allevato (CA BN 362581)†
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave., Suite 400
Washington, DC 20006
202-955-0095 tel / 202-955-0090 fax
mobrien@becketfund.org

Daniel L. Chen (CA SBN 312576)
Eric C. Rassbach (CA SBN 288041)
The Hugh and Hazel Darling Foundation
Religious Liberty Clinic
Pepperdine University, Caruso School of Law
24255 Pacific Coast Hwy.
Malibu, CA 90263
310-506-4611 tel / 310-506-7663 fax
daniel.l.chen@pepperdine.edu

* Admitted *pro hac vice*
† Not a member of the D.C. Bar; admitted in California.
Practice limited to cases in federal court.

*Attorneys for Plaintiffs*