Eric S. Baxter (DC BN 479221)*
Michael J. O'Brien (DC BN 90025077)*
Amanda L. Salz (DC BN 1671976)*
Phillip J. Allevato (CA BN 362581)†
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave., Suite 400
Washington, DC 20006
202-955-0095 tel / 202-955-0090 fax
mobrien@becketfund.org

Daniel L. Chen (CA SBN 312576)
Eric C. Rassbach (CA SBN 288041)
The Hugh and Hazel Darling Foundation
Religious Liberty Clinic
Pepperdine University, Caruso School of Law
24255 Pacific Coast Hwy.
Malibu, CA 90263
310-506-4611 tel / 310-506-7663 fax
daniel.l.chen@pepperdine.edu

* Admitted *pro hac vice*
† Not a member of the D.C. Bar; admitted in California.
Practice limited to cases in federal court.

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVAN JUSTIN TAYLOR and ROSE ELIZABETH TAYLOR,<br><br>     Plaintiffs,<br><br>v.<br><br>SUNNYVALE SCHOOL DISTRICT; GUIDEL R. CROSTHWAITE, in his personal and official capacity as Superintendent of Schools for the Sunnyvale School District; PEGGY SHEN BREWSTER, in her personal and official capacities as member of the Sunnyvale School District Board of Education; ISABEL JUBES-FLAMERICH, in her personal and official capacities as member of the Sunnyvale School District Board of Education; EVELYN CASTILLO PROFETA, in her personal and official capacities as member of the Sunnyvale School District Board of Education; MICHELLE MAGINOT, in her personal and | CASE No.: 5:26-cv-06211<br><br>JUDGE: Noël Wise<br><br>DECLARATION OF PLAINTIFFS EVAN JUSTIN TAYLOR AND ROSE ELIZABETH TAYLOR IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION |

DECLARATION OF EVAN JUSTIN TAYLOR AND ROSE ELIZABETH TAYLOR
CASE NO.: 5:26-cv-06211

official capacities as member of the Sunnyvale School District Board of Education; BRIDGET WATSON, in her personal and official capacities as member of the Sunnyvale School District Board of Education; PAUL SLAYTON, in his official capacity as Director of Student Support Services for the Sunnyvale School District; and SHANA RIEHL, in her official capacity as Interim Principal of Cumberland Elementary School,

   Defendants.

We, Evan Justin Taylor and Rose Elizabeth Taylor, declare as follows:

1.  Our names are Evan Justin Taylor and Rose Elizabeth Taylor. We are over the age of 18 and are capable of making this declaration pursuant to 28 U.S.C. § 1746. We have personal knowledge of all the contents of this declaration.

2.  We are a married couple and reside in Sunnyvale, a city in Santa Clara County, California.

3.  We are religiously devout members of The Church of Jesus Christ of Latter-day Saints.

4.  We have four children, two of whom currently attend Cumberland Elementary School: a son rising to third grade and a daughter rising to first grade.

5.  Cumberland Elementary School is part of the Sunnyvale School District in Santa Clara County.

6.  As taught by scripture and our Church, we believe that every individual has inherent divine worth and equal dignity before God and should be treated with love, kindness, and respect, regardless of religion, race, gender, or nationality. *See* 2 Nephi 26:33 (God "inviteth … all to come unto him and partake of his goodness; and he denieth none that come unto him, black and white, bond and free, male and female; and … all are alike unto God."). Thus, we believe that harassment and bullying on any basis are wrong and should be discouraged.

DECLARATION OF JUSTIN TAYLOR AND ROSE TAYLOR
CASE NO.: 5:26-cv-06211          1

7. In accordance with that belief, we teach our children to show love and respect for all.

8. As members of the Church of Jesus Christ, we follow the Church's teachings as expressed in *The Family: A Proclamation to the World*, which explains the Church's beliefs about gender, sexuality, and the family.

9. In conformity with *The Family Proclamation*, we believe that all human beings—male and female—are created in the image of God and that each is a beloved spirit son or daughter of heavenly parents. We believe that gender, or biological sex, is thus an essential characteristic of individual premortal, mortal, and eternal identity and purpose, and that gender cannot be unwoven from biological sex.

10. We also believe that marriage is ordained of God and that the family is central to God's plan for our eternal destiny. Sexuality is a gift from God and should be expressed only in marriage between a man and a woman.

11. We believe we have a religious duty as parents to direct and guide our children to believe and live in accordance with these tenets of our faith.

12. To do otherwise would be spiritually harmful, impairing their ability to experience a fullness of joy in this life and the next.

13. We also believe that we, and all fathers and mothers, will be held accountable before God for how we discharge these obligations to raise our children.

14. As part of our faith, we believe that children are born pure and without sin. Thus, during their formative years, it is especially important to guide them and to protect from lessons or examples that might mislead or confuse them, including about gender, the importance of family, sexuality, or God's designs and plans around these fundamental building blocks.

15. Public school instruction—including lesson plans, books, discussion, and curriculum—designed to disrupt or interfere with our child's religious beliefs about gender and sexuality violates our sincerely held religious beliefs and violates our fundamental rights to guide the religious upbringing of our children.

16. We also believe there are detrimental spiritual consequences from letting authority figures such as schoolteachers teach our children principles concerning sexual and gender ethics that contradict Church teachings. This includes instruction about LGBTQ+ identities and terminology (such as the use of different-sex pronouns), which contradict Church teachings and embed ideological, sexualized, and religiously violative messages under the guise of "inclusion."

17. We also believe that our children are particularly susceptible to this contradictory instruction because of their young age and are instead entitled to consider such questions with the guidance of their parents and religious community.

18. Exposing our rising third-grade son and rising first-grade daughter to curriculum, books, lessons, representations, and activities on sex, sexuality, and gender that undermine Church teachings would conflict with our religious duty to raise our children in obedience to Church teachings.

19. The LGBTQ+ curriculum, lessons, books, and representations used in Sunnyvale schools directly undermine our efforts to raise our children in accordance with our faith, because they encourage young children to question their sexuality and gender, to identify with labels that categorize them by their sexuality, to focus prematurely on romantic  relationships rather than channeling eventual romantic feelings, to disregard differences between men and women, to accept or even celebrate same-sex relationships and gender transitioning, and to dismiss parental and religious guidance on these issues.

20. Forcing our son and daughter to participate in this LGBTQ+ instruction and be exposed to Sunnyvale's pervasive LGBTQ+ representations, perspectives, values, and messages would confuse their religious upbringing and confound our ability to instruct them in the tenets of our faith.

21. In keeping with these beliefs, we followed Sunnyvale's process for notice and opt-out procedures, communicating directly with our children's teachers and Interim Principal.

DECLARATION OF EVAN JUSTIN TAYLOR AND ROSE ELIZABETH TAYLOR
CASE NO.: 5:26-cv-06211                    3

22. The Interim Principal included Sunnyvale's Director of Student Support Services in our email conversations.

23. At no point did we request a curriculum change or that our children could not be exposed to LGBTQ+ individuals.

24. We requested only that we be informed when the planned religiously violative instruction would take place and the ability to opt our children out of that instruction.

25. We believe the First Amendment guarantees us notice and the ability to opt-out of curriculum and instruction that would interfere with our parental rights to guide the religious upbringing of our children.

26. In our email to Sunnyvale, we cited the Supreme Court's decision in *Mahmoud v. Taylor*, 606 U.S. 522 (2025), and requested relief consistent with that decision.

27. After multiple email threads and in-person meetings to discuss our religious objections to Sunnyvale's curriculum, we thought Sunnyvale would grant us notice and an opt-out.

28. But Sunnyvale informed us that after reviewing our request, they would not notify us when the curriculum was being used, would not grant our children opt-outs, and told us that *Mahmoud* does not override California's statutory requirements governing instructional content.

29. We determined that we needed to bring a federal lawsuit to vindicate our constitutional rights.

30. Attached as Exhibit 1 is a true and accurate copy of The Family Proclamation.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this ___2nd___ day of July, 2026.

_____
Evan Justin Taylor

_____
Rose Elizabeth Taylor

DECLARATION OF EVAN JUSTIN TAYLOR AND ROSE ELIZABETH TAYLOR
CASE NO.: 5:26-cv-06211                    4