Eric S. Baxter (DC BN 479221)*
Michael J. O'Brien (DC BN 90025077)*
Amanda L. Salz (DC BN 1671976)*
Phillip J. Allevato (CA BN 362581)†
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave., Suite 400
Washington, DC 20006
202-955-0095 tel / 202-955-0090 fax
mobrien@becketfund.org

Daniel L. Chen (CA SBN 312576)
Eric C. Rassbach (CA SBN 288041)
The Hugh and Hazel Darling Foundation
Religious Liberty Clinic
Pepperdine University, Caruso School of Law
24255 Pacific Coast Hwy.
Malibu, CA 90263
310-506-4611 tel / 310-506-7663 fax
daniel.l.chen@pepperdine.edu

* Admitted *pro hac vice*
† Not a member of the D.C. Bar; admitted in California.
Practice limited to cases in federal court.

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVAN JUSTIN TAYLOR; and ROSE ELIZABETH TAYLOR,<br><br>　　　Plaintiffs,<br><br>v.<br><br>SUNNYVALE SCHOOL DISTRICT; GUIDEL R. CROSTHWAITE, in his personal and official capacity as Superintendent of Schools for the Sunnyvale School District; PEGGY SHEN BREWSTER, in her personal and official capacities as member of the Sunnyvale School District Board of Education; ISABEL JUBES-FLAMERICH, in her personal and official capacities as member of the Sunnyvale School District Board of Education; EVELYN CASTILLO PROFETA, in her personal and official capacities as member of the Sunnyvale School District Board of Education; | **CASE No.: 5:26-cv-06211**<br><br>**JUDGE: Noël Wise**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

MICHELLE MAGINOT, in her personal and official capacities as member of the Sunnyvale School District Board of Education; and BRIDGET WATSON, in her personal and official capacities as member of the Sunnyvale School District Board of Education; PAUL SLAYTON, in his official capacity as Director of Student Support Services for the Sunnyvale School District; and SHANA RIEHL, in her official capacity as Interim Principal of Cumberland Elementary School,

Defendants.

Before the Court is Plaintiffs' Motion for Preliminary Injunction. After considering the Motion, the documents submitted in support, the relevant law, and the arguments of counsel, the Court GRANTS the Motion.

IT IS HEREBY ORDERED:

1. Defendants are enjoined from withholding from Plaintiffs advance notice of and the opportunity to opt their children out of reading, listening to, or otherwise participating in teacher-guided or third-party-guided discussions, lessons, instruction, and activities presenting LGBTQ+ messages concerning same-sex marriage, same-sex relationships, family life and human sexuality, gender identity, gender expression, or any other content that would interfere with the Taylors' ability to direct the religious upbringing of their children, whether in the classroom, school library, a school assembly, a field trip, or other school event on or off campus ("LGBTQ+ instruction"); and

2. Defendants are ordered to (1) provide Plaintiffs with advance written notice whenever LGBTQ+ instruction will be used in any way; (2) allow Plaintiffs to review LGBTQ+ instruction materials before exposing Plaintiffs' children to such instruction; and (3) allow Plaintiffs' children to be excused from LGBTQ+ instruction and be afforded a neutral alternative activity.

This Order shall remain in effect until further order of this Court.

Dated: _____

                                                      _____
                                                      The Honorable Noël Wise
                                                      United States District Judge