WILLIAM B. TUNICK, State Bar No. 245481
wtunick@DWKesq.com
SUVARNA R. BHOPALE, State Bar No. 242734
sbhopale@DWKesq.com
Dannis Woliver Kelley
200 California Street, Suite 400
San Francisco, CA  94111
Telephone: 415.543.4111
Facsimile: 415.543.4384

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EVAN JUSTIN TAYLOR and ROSE ELIZABETH TAYLOR,

           Plaintiffs,

v.

SUNNYVALE SCHOOL DISTRICT; GUDIEL R. CROSTHWAITE, in his personal and official capacity as Superintendent of Schools for the Sunnyvale School District; PEGGY SHEN BREWSTER, in her personal and official capacities as member of the Sunnyvale School District Board of Education; ISABEL JUBES-FLAMERICH, in her personal and official capacities as member of the Sunnyvale School District Board of Education; EVELYN CASTILLO PROFETA, in her personal and official capacities as member of the Sunnyvale School District Board of Education; MICHELLE MAGINOT, in her personal and official capacities as member of the Sunnyvale School District Board of Education; BRIDGET WATSON, in her personal and official capacities as member of the Sunnyvale School District Board of Education; PAUL SLAYTON, in his official capacity as Director of Student Support Services for the Sunnyvale School District, and SHANA RIEHL, in her official capacity as Interim Principal of Cumberland Elementary School,

           Defendants.

Case No. 5:26-cv-06211-NW

**STIPULATION TO FURTHER AMEND BRIEFING SCHEDULE REGARDING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; [PROPOSED] ORDER**

Judge  :  Hon. Noël Wise

Complaint Filed: June 22, 2026

Trial:  None set

DANNIS WOLIVER KELLEY
200 CALIFORNIA STREET, SUITE 400
SAN FRANCISCO, CA 94111

1

STIPULATION TO FURTHER AMEND BRIEFING SCHEDULE REGARDING PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION

5:26-cv-06211-NW

DWK 4639097v1

**STIPULATION**

Plaintiffs EVAN JUSTIN TAYLOR and ROSE ELIZABETH TAYLOR ("Plaintiffs"), and Defendants SUNNYVALE SCHOOL DISTRICT, et al. (collectively, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on June 22, 2026, Plaintiffs filed a Verified Complaint for Preliminary Injunction, Permanent Injunction, Declaratory Relief and Damages against Defendants; and,

WHEREAS, on July 2, 2026, Plaintiffs filed a Motion for Preliminary Injunction ("Motion") (Dkt. 28); and,

WHEREAS, on July 2, 2026, the Court issued a briefing schedule, which stated that the deadline for Defendants to file their Response to the Motion is July 16, 2026, and the deadline for Plaintiffs to file their Reply is July 23, 2026 (Dkt. 28); and,

WHEREAS, on July 14, 2026, the Parties filed a Stipulation to Amend Briefing Schedule Regarding Plaintiffs' Motion for Preliminary Injunction, which provided that Defendants' Response to the Motion must be filed by August 7, 2026 and Plaintiffs' Reply must be filed by August 21, 2026 (Dkt. 38); and,

WHEREAS, on July 15, 2026, the Court granted the Parties' Stipulation and ordered that Defendants' Response to the Motion be filed by August 7, 2026 and Plaintiffs' Reply be filed by August 21, 2026 (Dkt. 39); and,

WHEREAS, the hearing on the Motion is currently set for September 30, 2026 at 9:00 a.m. (Dkt. 28); and,

WHEREAS, the Parties have continued to confer during the past few weeks and are currently involved in discussions which may eliminate the need to move forward with the Motion.

NOW, THEREFORE, the Parties stipulate and agree, subject to the Court's approval, to further amend the briefing schedule as follows:

1. The last day for Defendants to file their Response to the Motion shall be **August 28, 2026**;

2. The last day for Plaintiffs to file their Reply shall be **September 11, 2026**;

DANNIS WOLIVER KELLEY
200 CALIFORNIA STREET, SUITE 400
SAN FRANCISCO, CA 94111

STIPULATION TO FURTHER AMEND BRIEFING SCHEDULE REGARDING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

5:26-cv-06211-NW

3.   The hearing on the Motion currently set for **September 30, 2026** remains unchanged.

IT IS SO STIPULATED.

DATED: July 31, 2026                                    DANNIS WOLIVER KELLEY


By: _____
WILLIAM B. TUNICK
SUVARNA R. BHOPALE

*Attorneys for Defendants*


DATED: July 31, 2026                                    THE BECKET FUND FOR RELIGIOUS
LIBERTY



By:   */s/ Michael J. O'Brien*
ERIC S. BAXTER
MICHAEL J. O'BRIEN
AMANDA L. SALZ
PHILLIP J. ALLEVATO

THE HUGH AND HAZEL DARLING
FOUNDATION
RELIGIOUS LIBERTY CLINIC
PEPPERDINE UNIVERSITY, CARUSO
SCHOOL OF LAW
DANIEL L. CHEN
ERIC C. RASSBACH

*Attorneys for Plaintiffs*


### FILER'S ATTESTATION

Pursuant to Local Rule 5-1(i)(3) I, William B. Tunick, attest that all other signatories listed and on whose behalf this filing is submitted have authorized this filing and concur in its content.


Dated: July 31, 2026


_____
William B. Tunick

DANNIS WOLIVER KELLEY
200 CALIFORNIA STREET, SUITE 400
SAN FRANCISCO, CA 94111

3

STIPULATION TO FURTHER AMEND BRIEFING SCHEDULE REGARDING PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION

5:26-cv-06211-NW

**[PROPOSED] ORDER**

Pursuant to the Parties' joint Stipulation, and for good cause shown, it is hereby ORDERED that Defendants' Response to Plaintiffs' Motion for Preliminary Injunction shall be due on or before **August 28, 2026**, and that Plaintiffs' Reply shall be due on or before **September 11, 2026.**

IT IS SO ORDERED.

Dated:

_____
HON. NOËL WISE
UNITED STATES DISTRICT JUDGE

DANNIS WOLIVER KELLEY
200 CALIFORNIA STREET, SUITE 400
SAN FRANCISCO, CA 94111

4

STIPULATION TO FURTHER AMEND BRIEFING SCHEDULE REGARDING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

5:26-cv-06211-NW