Eric S. Baxter (DC BN 479221)*
Michael J. O'Brien (DC BN 90025077)*
Amanda L. Salz (DC BN 1671976)*
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave., Suite 400
Washington, DC 20006
202-955-0095 tel / 202-955-0090 fax
mobrien@becketfund.org

Daniel L. Chen (CA SBN 312576)
Eric C. Rassbach (CA SBN 288041)
The Hugh and Hazel Darling Foundation
Religious Liberty Clinic
Pepperdine University, Caruso School of Law
24255 Pacific Coast Hwy.
Malibu, CA 90263
310-506-4611 tel / 310-506-7663 fax
daniel.l.chen@pepperdine.edu

* Admitted *pro hac vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVAN JUSTIN TAYLOR; and ROSE ELIZABETH TAYLOR,<br><br>Plaintiffs,<br><br>v.<br><br>SUNNYVALE SCHOOL DISTRICT; GUIDEL R. CROSTHWAITE, in his personal and official capacity as Superintendent of Schools for the Sunnyvale School District; PEGGY SHEN BREWSTER, in her personal and official capacities as member of the Sunnyvale School District Board of Education; ISABEL JUBES-FLAMERICH, in her personal and official capacities as member of the Sunnyvale School District Board of Education; EVELYN CASTILLO PROFETA, in her personal and official capacities as member of the Sunnyvale School District Board of Education; MICHELLE MAGINOT, in her personal and official capacities as member of the | **CASE No.: 5:26-cv-06211**<br><br>**JUDGE: Noël Wise**<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION (DKT. 28) WITHOUT PREJUDICE** |

Sunnyvale School District Board of Education; and BRIDGET WATSON, in her personal and official capacities as member of the Sunnyvale School District Board of Education; PAUL SLAYTON, in his official capacity as Director of Student Support Services for the Sunnyvale School District; and SHANA RIEHL, in her official capacity as Interim Principal of Cumberland Elementary School,

Defendants.

PLEASE TAKE NOTICE that, pursuant to this Court's order and guidance (Dkt. 49), Plaintiffs hereby withdraw their Motion for Preliminary Injunction (Dkt. 28) without prejudice to refiling it. The parties have continued to actively confer and are currently involved in discussions that may eliminate the need to refile the Motion and may resolve the matter. In particular, as discussions continue, Sunnyvale School District has assured Plaintiffs that it will not use materials which address same-sex marriage, same-sex relationships, human sexuality, gender identity, or gender expression as part of teacher-guided instruction for Plaintiffs' children, if at all, until after December 31, 2026.

Dated: September 4, 2026

Respectfully Submitted,

By: /s/ *Michael J. O'Brien*

Eric S. Baxter (DC BN 479221)*
Michael J. O'Brien (DC BN 90025077)*
Amanda L. Salz (DC BN 1671976)*
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave., Suite 400
Washington, DC 20006
202-955-0095 tel / 202-955-0090 fax
mobrien@becketfund.org

Daniel L. Chen (CA SBN 312576)
Eric C. Rassbach (CA SBN 288041)
The Hugh and Hazel Darling Foundation
Religious Liberty Clinic
Pepperdine University, Caruso School of Law
24255 Pacific Coast Hwy.

Malibu, CA 90263
310-506-4611 tel / 310-506-7663 fax
daniel.l.chen@pepperdine.edu

* Admitted *pro hac vice*

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2026, I caused the foregoing to be served electronically via the Court's electronic filing system on all parties.

Dated: September 4, 2026

/s/ *Michael J. O'Brien*
Michael J. O'Brien

*Attorney for Plaintiffs*