WILLIAM B. TUNICK, State Bar No. 245481
wtunick@DWKesq.com
SUVARNA R. BHOPALE, State Bar No. 242734
sbhopale@DWKesq.com
Dannis Woliver Kelley
200 California Street, Suite 400
San Francisco, CA 94111
Telephone: 415.543.4111
Facsimile: 415.543.4384

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EVAN JUSTIN TAYLOR and ROSE ELIZABETH TAYLOR,

Plaintiffs,

v.

SUNNYVALE SCHOOL DISTRICT; GUDIEL R. CROSTHWAITE, in his personal and official capacity as Superintendent of Schools for the Sunnyvale School District; PEGGY SHEN BREWSTER, in her personal and official capacities as member of the Sunnyvale School District Board of Education; ISABEL JUBES-FLAMERICH, in her personal and official capacities as member of the Sunnyvale School District Board of Education; EVELYN CASTILLO PROFETA, in her personal and official capacities as member of the Sunnyvale School District Board of Education; MICHELLE MAGINOT, in her personal and official capacities as member of the Sunnyvale School District Board of Education; BRIDGET WATSON, in her personal and official capacities as member of the Sunnyvale School District Board of Education; PAUL SLAYTON, in his official capacity as Director of Student Support Services for the Sunnyvale School District, and SHANA RIEHL, in her official capacity as Interim Principal of Cumberland Elementary School,

Defendants.

Case No. 5:26-cv-06211-NW

**STIPULATION TO EXTEND DEFENDANTS' COMPLAINT RESPONSE DEADLINE, TO CONTINUE INITIAL CASE MANAGEMENT HEARING, AND EXTEND CASE MANAGEMENT STATEMENT DEADLINE; ~~[PROPOSED]~~ ORDER**

Judge : Hon. Noël Wise

Complaint Filed: June 22, 2026

Trial: None set



DANNIS WOLIVER KELLEY
200 CALIFORNIA STREET, SUITE 400
SAN FRANCISCO, CA 94111

DWK 4653846v1

DANNIS WOLIVER KELLEY
200 CALIFORNIA STREET, SUITE 400
SAN FRANCISCO, CA 94111

**STIPULATION**

Plaintiffs EVAN JUSTIN TAYLOR and ROSE ELIZABETH TAYLOR ("Plaintiffs"), and Defendants SUNNYVALE SCHOOL DISTRICT, et al. (collectively, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on June 22, 2026, Plaintiffs filed a Verified Complaint for Preliminary Injunction, Permanent Injunction, Declaratory Relief, and Damages against Defendants ("Complaint") (Dkt. 1); and,

WHEREAS, the Parties have continued to actively confer and are currently involved in discussions which may resolve the matter; and,

WHEREAS, direction and approval from the Sunnyvale School District's governing board as to any agreement to resolve the matter can only occur at noticed and agendized meetings which are scheduled every two weeks; and,

WHEREAS, as part of these discussions the District has assured that it will not use materials which address same-sex marriage, same-sex relationships, human sexuality, gender identity, or gender expression as part of teacher-guided instruction for Plaintiffs' children, if at all, until after December 31, 2026; and,

WHEREAS, Defendants' Answer to the Complaint is presently due September 21, 2026 (Dkt. 44); and,

WHEREAS, the Initial Case Management Conference is presently set for September 22, 2026, with the Parties' Case Management Statement due by September 4, 2026 (Dkt. 26); and,

WHEREAS, the Parties seek additional time to continue their discussions to resolve the matter without the need to incur additional fees associated with preparing for the Initial Case Management Conference or responding to the Complaint.

NOW, THEREFORE, Defendants stipulate and agree that the District shall not use materials which address same-sex marriage, same-sex relationships, human sexuality, gender identity, or gender expression as part of teacher-guided instruction for Plaintiffs' children, if at all, until after December 31, 2026.

The Parties also stipulate and agree, subject to the Court's approval, to further extend the

DANNIS WOLIVER KELLEY
200 CALIFORNIA STREET, SUITE 400
SAN FRANCISCO, CA 94111

Defendants' Answer date, and continue the Initial Case Management Conference and extend the Case Management Statement deadline as follows:

1. The last day for Defendants to file their response to the Complaint shall be **November 25, 2026;**
2. The Initial Case Management Conference is continued to **January 5, 2027**.
3. The Case Management Statement is due **December 18, 2026**.

IT IS SO STIPULATED.

DATED: September 4, 2026

DANNIS WOLIVER KELLEY

By: ______________________
WILLIAM B. TUNICK
SUVARNA R. BHOPALE

*Attorneys for Defendants*

DATED: September 4, 2026

THE BECKET FUND FOR RELIGIOUS LIBERTY

By: */s/ Michael J. O'Brien*
ERIC S. BAXTER
MICHAEL J. O'BRIEN
AMANDA L. SALZ
PHILLIP J. ALLEVATO

THE HUGH AND HAZEL DARLING FOUNDATION
RELIGIOUS LIBERTY CLINIC
PEPPERDINE UNIVERSITY, CARUSO SCHOOL OF LAW
DANIEL L. CHEN
ERIC C. RASSBACH

*Attorneys for Plaintiffs*

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) I, William B. Tunick, attest that all other signatories listed and on whose behalf this filing is submitted have authorized this filing and concur in its content.

Dated: September 4, 2026

______________________
William B. Tunick

DANNIS WOLIVER KELLEY
200 CALIFORNIA STREET, SUITE 400
SAN FRANCISCO, CA 94111

## ~~[PROPOSED]~~ ORDER

Pursuant to the Parties' joint Stipulation, and for good cause shown, it is hereby ORDERED Defendants' Answer to the Complaint shall be due on or before **November 25, 2026**, and the Initial Case Management Conference is continued to **January 5, 2027** with the Case Management Statement due **December 18, 2026**.

IT IS SO ORDERED.

Dated: September 15, 2026



HON. NOËL WISE
UNITED STATES DISTRICT JUDGE